**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAVA LEZELL on behalf of herself and all others similarly situated, | Civil Case No. 13-cv-0863-CBA-RER |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

### DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC's RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

Defendant, Portfolio Recovery Associates, LLC, by and through its counsel, Thomas R. Dominczyk, Esq., hereby submits its Corporate Disclosure Statement and states as follows:

Portfolio Recovery Associates, LLC, is a wholly owned subsidiary of Portfolio Recovery Associates, Inc., a non-governmental entity. Portfolio Recovery Associates, Inc. is a publicly traded company. No publicly held corporation owns ten percent (10%) or more of the stock of Portfolio Recovery Associates, Inc.

**MAURICE & NEEDLEMAN, P.C**.
Attorneys for Defendants
Portfolio Recovery Associates, LLC
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4550

By: **/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.

Date: May 20, 2013

## CERTIFICATION OF FILING AND SERVICE

I certify that on May 20, 2013, the foregoing document was electronically filed via

CM/ECF with the Clerk, United States District Court for the Eastern District of New York.  I

further certify that I caused a copy of the foregoing to be served via ECF on:

Adam J. Fishbein, Esq.
483 Chestnut Street
Cedarhurst, NY 11516

By: **/s/ Thomas R. Dominczyk**
      Thomas R. Dominczyk, Esq.

Date: May 20, 2013